UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRELL KING, individually and on behalf of all others similarly situated, -against- PEPSICO, INC. | Case No. 7:22-cv-05351-UA |

NOTICE OF FILING FOR CONSOLIDATION

The Parties jointly advise the Court that they have filed a motion to consolidate this matter into the related case, *Emanuele Stevens v. PepsiCo, Inc.*, No. 7:22-ccv-00802-NSR, which is pending before this District. The Parties have requested that this matter and at least 12 others subject to a comprehensive settlement be transferred to this District and consolidated with *Stevens*, which is the lowest-numbered and first-filed cause related to the settlement. *Stevens*, ECF No. 37. The Parties anticipate seeking approval of the settlement in *Stevens* after consolidation. *Stevens*, ECF No. 30.

Dated: June 24, 2022

Respectfully submitted,

*/s/ Matthew S. Parmet*

By: _____
    **Matthew S. Parmet**
    TX Bar # 24069719[*]
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
matt@parmet.law

**Andrew R. Frisch, Esq.**
NY Bar No. 3957115
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000

---

[*] Admitted pro hac vice in lead matter, *Stevens v. PepsiCo., Inc.*, No. 7:22-cv-00802-NSR (S.D.N.Y).

Plantation, FL 33324
Telephone:     (954) 318-0268
Facsimile:      (954) 327-3017
E-mail: AFrisch@forthepeople.com

**Attorneys for Plaintiff**


    ***/s/ Linda H. Joseph* (by permission)**
By: _____
  **Linda H. Joseph, Esq.**
  **Ginger D. Schröder, Esq.**
**SCHRÖDER, JOSEPH & ASSOCIATES, LLP**
394 Franklin St., 2nd Floor
Buffalo, NY 14202
Phone (713) 881-4901
Fax (716) 881-4909
ljoseph@sjalegal.com

**Attorneys for Defendant**